IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Simmons, Vivian

Printed: 9/23/08

Case Number: 08 B 12969
Judge: Hollis, Pamela S
Filed: 5/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 6. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 7. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 8. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 157.27 | 0.00 |
| 10. | GE Consumer Finance | Unsecured | 3,248.39 | 0.00 |
| 11. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 3,405.66 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Simmons, Vivian

Printed:  9/23/08

Case Number:  08 B 12969
Judge:  Hollis, Pamela S
Filed:  5/21/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

